**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| **vs.** | * | **Case No. AW-09-0632** |
| **SHAMAI KEDEM LEIBOWITZ** | * | |

******

# WAIVER OF INDICTMENT

I, Shamai Kedem Leibowitz, the above named defendant, who is accused of:

**Title 18, U. S. Code, Section 798(a) – Disclosure of Classified Information**

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on Thursday, December 17, 2009 *(date)* prosecution by grand jury indictment and consent that the case against me proceed by information rather than by indictment.

Defendant

Counsel for Defendant

Before:

Judicial Officer