IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO. AW 09-00632 |
| | | : |
| | : | |
| SHAMAI LEIBOWITZ | : | |

**MOTION TO SEAL SENTENCING MATERIALS**

The Defendant, by and through his attorney, Robert C. Bonsib, Esquire, and the law offices of MarcusBonsib, LLC, respectfully requests this Honorable Court to seal the Defendant's July 15, 2010 letter to the Court and as reasons therefore states as follows:

1. The Defendant has submitted a letter requesting certain relief and recommendations from the Court. The matters addressed in the letter are personal and confidential in nature and not appropriate for inclusion in the public record. The Defendant is respectfully requesting that the Court seal the letter and its attachments and treat these materials in the same confidential manner as the Court treats the information in the Pre-Sentence Report.

Respectfully submitted,

MARCUSBONSIB, LLC

/s/

ROBERT C. BONSIB
6411 Ivy Lane, Suite 116
Greenbelt, Maryland 20770
(301) 441-3000
Trial Bar No. 00324

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was sent via ECF and email this 15 day of July, 2010 to Department of Justice Attorneys Kathleen Kedian and Steven Dunne.

/s/

______________________________
ROBERT C. BONSIB