# Shamai K. Leibowitz
2023 Reedie Drive, Silver Spring, MD 20902

July 30, 2010

**FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2010 JUL 30  A 10: 53

CLERK'S OFFICE
AT GREENBELT

KP**

**HAND-DELIVERED TO THE CLERK**

The Honorable Alexander Williams Jr.
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

Re: **United States vs. Shamai Leibowitz, No. AW09-0632**

Dear Judge Williams:

1. I apologize for burdening the Court but I am compelled to write for the reasons set forth below.

2. **Yesterday**, July 29, I was notified by the Marshal Office that there was a change in my prison designation, and I have been redesignated to FCI Petersburg, VA (see attached letter).

3. This **last-minute change** necessitates that I contact the Petersburg, VA prison authorities in advance to request and receive permission to report with my *talit* (prayer shawl) and *tefillin* (phylacteries) – the religious items worn by practicing Jews during weekday morning prayers. It is a general rule that without prior permission, they do not allow bringing these items to the prison. I also need to contact the prison doctor to receive permission to report with the the special McConnell taping for my knees prescribed by my orthopedic doctor (a copy of my doctor's letter is attached)

4. Upon learning of the redesignation, I immediately contacted Chaplain Lee at FCI Petersburg, and he said he will send my request to his supervisor. In addition, I spoke with the Physician Assistant who requested that I fax my doctor's letter regarding the McConnell Taping to the prison doctor to be processed.

5. As of the writing of this letter, I have not heard back either from the Chaplain or from the Medical Staff at Petersburg. I will continue to attempt to resolve these issues prior to my surrender date August 2. However, receiving permission to report with these items may take an additional 48 hours beyond August 2. Therefore, I respectfully plead with the Court to extend my surrender date by 48 hours to accommodate these two important religious and medical needs.

6. My counsel, Robert Bonsib, consulted with DOJ Attorney Kathleen Kadien about the relief sought herein, and she advised that the Government objects to a 48-hour extension.

7. Thank you for your thoughtful consideration of my request.

Most respectfully,

Shamai K. Leibowitz
(202) 450-0348

Enclosures