

**U.S. Department of Justice**

United States Marshals Service

*District of Maryland*

---

*Baltimore, MD 21201*

July 29, 2010

Shamai Leibowitz
1131 University Blvd.
#1602
Silver Spring, Maryland   20902

Dear Mr. Leibowitz:

You were granted authority to travel at your own expense to the institution listed below at the date and time stated:

      Reporting Time:    NO LATER THAN 12:00 noon
      Reporting Date:    August 2, 2010
      Reporting To:      SCP Petersburg Low (re-designated)
                             1060 River Road
                             Hopewell, VA 23860
                             804-504-7200

This letter serves as your official notification to report as directed. All official documents pertaining to your sentence have been forwarded directly to the institution concerned.

                        Sincerely,

                for    Johnny L. Hughes
                        United States Marshal

                        Paul Rivers
                        Supervisory Deputy U.S. Marshal