LEIBOWITZ, SHAMAI
743691
07/14/10
J
L

### MAGEE, MICHAELS AND ALAM, M.D.
### ORTHOPAEDICS, P.A.
8830 Cameron Street
Silver Spring MD 20910
Telephone (301) 565-3301
Fax (301) 588-4581

Christopher M. Magee, M.D.
Stephen T. Michaels, M.D.
Zohair S. Alam, MD

Practice Limited To
Orthopaedic Surgery
Arthroscopic Surgery
Spinal Surgery

July 14, 2010

Robert Bonsib, Esq.
6411 Ivy Lane Ste 116
Greenbelt, MD 20770

RE: LEIBOWITZ, SHAMAI
ID#: 743691

Dear Mr. Bonsib:

Mr. Leibowitz has been under my care for bilateral knee pain related to patellar instability. For a significant period of time the patient has been performing McConnell taping procedures on both knees and has found that this is the only treatment that gives him a measure of pain relief for chronic bilateral knee pain. He is preparing to be incarcerated in the near future and during that period of time will require materials to allow him to continue to tape his knees while he is in prison. For this reason he will continuously require the following materials:

1. Cover-Roll stretch-hypo allergenic air permeable cross elastic tape (2 inches X 10 yards) made in Germany by BSN Medical, reference No. 4552-00, distributed by DSN-Jobst 100 Beiersdorf Drive Rutherford College North Carolina
2. Leukotape P, rigid strapping tape (1.5" by 15 yards) BSN Medical Ltd. Reference No. 76168-00

These materials may be difficult to purchase in some pharmacies and I would strongly recommend that he be permitted to carry the materials with him when he is incarcerated.

Continued...

MAGEE, MICHAELS AND ALAM, M.D., ORTHOPAEDICS, P.A.

RE: LEIBOWITZ, SHAMAI

DATE: July 14, 2010

Page 2

Please let me know if I can furnish any additional information regarding this patient.

Sincerely yours,

Christopher Magee, MD
(Dictated not read)/CMM:crg
#